In the Matter of the Claim of PETER YURAS, Respondent, against UNION TABLE & SPRING CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.